AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>MARK ALEX SIMON<br><br>Defendant(s) | Case No.<br>3:18MJ5033 |

**FILED**

9:58 am Feb 08 2018

Clerk U.S. District Court
Northern District of Ohio
Toledo

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Jan. 12, 2016 to Feb. 6, 2018  in the county of  Lucas  in the  Northern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028(a)(1) | Production of an identification document, false identification document, or authentication feature; |
| 18 U.S.C. § 1028(a)(2) | Transfering an identification document, false identification document, or authentication feature; |
| 18 U.S.C. § 1028(a)(5) | Production, transfer, or possession of document-making implements. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Steve Snyder, Special Agent, USSS
_Printed name and title_

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: **Feb 8, 2018**

City and state:  Toledo, Ohio

_Judge's signature_

James R. Knepp, II, U.S. Magistrate Judge
_Printed name and title_