IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:18MJ5033 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE JAMES R. |
| | ) | KNEPP, II |
| | ) | |
| v. | ) | |
| | ) | |
| MARK ALEX SIMON, | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| Defendant. | ) | CORPUS AD PROSEQUENDUM |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, WESTERN DIVISION:

The petitioner, Noah P. Hood, Assistant United States Attorney for the Northern District of Ohio, respectfully submits to the Court that Mark Alex Simon is now confined in the Lucas County Corrections Center, Toledo, Ohio, Ohio, and is in the custody of the Sheriff for said Institution.

Your petitioner further shows to the Court that the defendant has been charged in this District with a violation of Title 18, United States Code, Sections 1028(a)(1), 1028(a)(2), and 1028(a)(5), and pursuant to said charge is to appear for an Initial Appearance on February 8,

2018, at 2:00 p.m. before the Honorable Magistrate Judge James R. Knepp, II in the United States District Court for the Northern District of Ohio, Western Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the above-named custodian and/or the United States Marshal at Toledo, and/or United States Secret Service and/or the Ohio Department of Rehabilitation and Corrections to produce the defendant before this Court at the above-specified time and place and for such other and further proceedings as the Court may deem proper as it pertains to the prosecution of said charges; and that immediately after the said defendant completes this and any future court proceedings, be returned to said custodian under safe and secure conduct.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ Noah P. Hood
Noah P. Hood (MI: P75564)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604
(419) 241-0725
(419) 259-6360 (facsimile)
Noah.Hood@usdoj.gov

I, Noah P. Hood, do declare under penalty of perjury that the foregoing is true and correct.

s/ Noah P. Hood
Noah P. Hood
Assistant United States Attorney

Executed on February 8, 2018.