IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,   CASE NO. 3:18 MJ 5033

    Plaintiff

        Magistrate Judge James R. Knepp, II

  v.

    <u>ORDER OF DETENTION</u>

Mark Alex Simon,

    Defendant

    The above matter came before the Court on February 8, 2018, pursuant to Rule 46(a) of the Federal Rules of Criminal Procedure. Defendant was present at the hearing and represented by Attorney Jane E. Roman, and the Government was represented by Noah P. Hood, Assistant U.S. Attorney. Defendant, in open court and after consultation with counsel, waived his right to a detention hearing and consented that he be held without bail pursuant to Title 18 U.S.C. Section 3142(e) and (i). Defendant reserves the right to revisit the issue of a detention hearing at a later time.

    The Court also orders that Defendant, Mark Alex Simon, shall be committed to the custody of the United States Attorney General, or a designated representative, for confinement to a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. Further, the Court directs that Defendant be afforded reasonable opportunity for private consultation with his counsel while in custody. On order of the Court or the request of the attorney for the United States, the person in charge of the corrections

facility shall deliver Defendant to the United States Marshal for purposes of an appearance in connection with the court proceeding.

**IT IS SO ORDERED**.

**SIGNED and ENTERED** on this 8th day of February, 2018.

                                                  s/ James R. Knepp, II
                                                James R. Knepp, II
                                                UNITED STATES MAGISTRATE JUDGE