AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**

**1:32 pm Feb 22 2018**
**Clerk U.S. District Court**
**Northern District of Ohio**
**Toledo**

| | |
|---|---|
| United States of America<br>v.<br>Mark Alex Simon<br>*Defendant* | )<br>)<br>) Case No. 3:18 MJ 5033<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 2-20-2018

_____
*Defendant's signature*

*Jane E. Roman*
*Signature of defendant's attorney*

Jane E. Roman (0074802)
*Printed name and bar number of defendant's attorney*